AO 91 (rev.11/11) Criminal Complaint                      AUTHORIZED AND APPROVED DATE: Brandon Hale, AUSA, 9/11/19

# United States District Court
## for the
### WESTERN DISTRICT OF OKLAHOMA

FILED
NOV - 8 2019
CARMELITA REEDER SHIN
CLERK, U.S. DISTRICT COURT
BY_____ DEPUTY

United States of America )
)
v. )
) Case No: MJ-19-592-P
Arejae Medina, )
)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about October 20, 2019, in the county of Oklahoma, in the Western District of Oklahoma, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of child pornography, |

This criminal complaint is based on these facts:

See attached Affidavit of Detective, Sean Thompson, Warr Acres CID, which is incorporated and made a part hereof by reference.

☒ Continued on the attached sheet.

_____
Complainant's signature
Sean Thompson
Detective
Warr Acres CID

Sworn to before me and signed in my presence.

Date: 11/8/19

_____
Judge's signature

City and State: Oklahoma City, Oklahoma

GARY M. PURCELL, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Sean Thompson, having been first duly sworn, do hereby depose and state as follows:

1. I have been employed with the Warr Acres Police Department since June of 1998. I have been assigned to the Criminal Investigations Division since July of 2012 as a Detective. I have experience in investigating all types of criminal offenses to include child sexual exploitation cases.

2. I have probable cause to believe that Arejae Medina ("Medina") is in violation of 18 U.S.C. § 2251(a).

3. The statements contained in this affidavit are based in part upon my own investigation and the investigation of other law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause that Medina is in violation of the foregoing statute, I have not included each fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause for the requested complaint.

## PROBABLE CAUSE

4. On October 20, 2019, Officer Colt Smith of Warr Acres Police Department learned that a 13-year-old girl had snuck out of her grandmother's home and was missing. He had received a call from Warr Acres PD dispatch. Her father had reported to dispatch that he had learned through looking at his daughter's Instagram account that she had made plans to be picked up by an unknown man, whose Instagram name was "Jaevenchy."

5. Because of this, Warr Acres police officers started looking for the missing girl. Officer Daniel Gaucin was driving on a new construction road north of Painted Pony

and Cherokee Drive in Warr Acres and observed a gray Saturn Vue SUV parked on the new construction road with the windows fogged over. He drove by the vehicle and used a light to illuminate the Saturn. He turned around and shined a spotlight through the windshield of the Saturn and saw a man in the driver's seat reclining. Officer Gaucin got out and noticed the Saturn had a Pennsylvania tag. He made contact with the driver and told him to roll down his rear side window because Officer Gaucin could not see in the vehicle due to the fog and window tint. He asked the driver if anyone else was inside the vehicle, and the driver said yes.

6. After the window was rolled down, Officer Gaucin saw a figure in the rear of the Saturn beneath a blanket. He asked the person if he or she was dressed, and a female, later identified as the 13-year-old missing girl, pulled the blanket down and said yes. Officer Gaucin asked the man in the driver's seat for his identification. The man produced a Pennsylvania driver's license identifying him as Arejae Medina. While speaking with Officer Gaucin, Medina was sweaty and appeared very nervous. Medina said that he and the girl were traveling and were only sleeping. Officer Gaucin radioed dispatch and asked for a description of the missing girl. Dispatch said the runaway was wearing gray sweatpants, a dark tee shirt, and had short brown hair. Officer Gaucin advised dispatch that he believed he found the missing girl. He asked the girl what her name was, and the girl gave him a name that proved to be false. The girl stated she lived near The Village, which proved false.

7.  Officer Gaucin detained Medina and searched him for weapons. Officer Straughn had arrived at the scene to assist, and he had the girl exit the Saturn and put her in the back seat of his patrol car. Officer Gaucin approached the Saturn again and saw an open condom wrapper in the back of the Saturn where the girl had been lying down. Officer Gaucin arrested Medina and took him to the Warr Acres police department, where he was booked in. Officer Straughn transported the girl to the station. Her father and grandmother met her at the station and identified her as the runaway.

8.  I got a state search warrant for the Saturn. Inside, I found lotion, numerous condoms, including three used ones, and Medina's iPhone. I know iPhones are manufactured outside of the state of Oklahoma. My partner got a state search warrant to search the iPhone. In it, I found a video with a date stamp of October 20, 2019 depicting a man wearing a condom having vaginal sex with the 13-year-old girl, whose face is visible. The background of this video appears to be the Saturn belonging to Medina. Also on his iPhone were numerous short video clips of the 13-year-old engaging in sexually explicit conduct that she apparently sent him before she ran away with him. Also on Medina's iPhone was a note he apparently wrote to himself in which he indicates that he knew the girl was underage and that people would think he was a pedophile. Also on Medina's phone were images of child pornography involving unidentified children that he apparently downloaded via the Internet.

9.  Medina is currently in custody in Oklahoma County Jail. I listened to a jail call in which he states that he drove here from Pennsylvania to see the girl.

3

## Conclusion

10.     Based on the foregoing, there is probable cause to believe that Medina is in violation of 18 U.S.C. § 2251(a), so I request that an arrest warrant be issued for his arrest.

*Sean Thompson*
Sean Thompson
Detective, Warr Acres CID

Sworn to me this 8th day of November, 2019

*Gary M. Purcell*
GARY M. PURCELL
United States Magistrate Judge