# COURTROOM MINUTE
## INITIAL APPEARANCE AFTER CRIMINAL COMPLAINT / INFORMATION

CASE NO. M-19-592-P     DATE 11/12/2019     TIME: 15 minutes

UNITED STATES OF AMERICA vs  AREJAE MEDINA

MAGISTRATE JUDGE GARY M. PURCELL     DEPUTY CARRIE SIMS

PLF CNSL  BRANDON HALE          DFT CNSL  TERESA BROWN
                                          Public Defender
PT SERVICES  AMY JACKSON     INTERPRETER _____

__X__ Defendant appears, custody of USM, with Counsel.  in Ctrm 201, 3:00  P.M.
__X__ Defendant states his/her true name __SAME__ Age 25
__X__ Defendant informed of Complaint and of any affidavit filed therewith.
__X__ Defendant advised of his/her right of consular notification.
__X__ Court inquires of Plaintiff regarding notifying victim(s) of their rights.
__X__ Defendant informed that he/she is not required to make a statement and that any statement made by him/her may be used against him/her.
_____ Government recommends Defendant be released on bond.
__X__ Government recommends Defendant be detained based on risk of flight and/or danger to the community and requests a __3__-day continuance with the detention hearing. Upon motion of the Govt and request for continuance by (both) Government & Defendant, detention hearing is set for _Tuesday, November 19, 2019 @ 10:00 a.m._
_____ Defendant waives right to detention hearing. Waiver of Detention Hearing and Consent to Order of Detention Pending Further Proceedings entered. Detention Order entered.
_____ Defendant requests the Detention Hearing be postponed at this time reserving the right to request a hearing at a later date should Defendant be released from current hold / sentence.
__X__ Defendant informed of right to a Preliminary Hearing.
__X__ Preliminary hearing waived. Written waiver entered.
__X__ Detention hrg set _Tuesday, November 19, 2019 @ 10:00 a.m._.
_____ The Court finds good cause to exceed the 3 and 5-day time limits provided by te Bail reform Act. A Detention Hearing will not be held at this time based upon Dfts federal hold/sentence (in this or other jurisdictions). Should Dft be released from the hold/sentence, a Detention Hearing will be promptly held upon request of either party.
__X__ Defendant temporarily detained on showing of good cause pending Preliminary/Detention Hrg. Written Order entered.
_____ Defendant released on previously posted bond w/conditions per Release Order.
_____ Bond set at_____ with conditions per Release Order as Court finds that the release of the Dft on a P.R. bond or an unsecured appearance bond would not reasonably assure the Dfts appearance in court as required and the safety of the community.
_____ Defendant remanded to custody of USM pending execution of bond.
__X__ Defendant remanded to custody of USM.