**RECEIVED**
NOV 08 2019
U.S. MARSHALS W/OK

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF OKLAHOMA

2064-1108-0246-5

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )
                           )
    v.                     )   Case No: MJ-19-592-P
                           )
AREJAE MEDINA,             )   Certified Copy
            Defendant      )   MJ-19-592-P #2

## ARREST WARRANT

To: any authorized law enforcement officer

2:52 pm, Nov 08, 2019
Carmelita Reeder Shinn, Clerk

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay,

Arejae Medina, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Production of child pornography in violation of Title 18, United States Code, Section 2251(a).

Date  11/8/19

_Issuing officer's signature_

City and State: Oklahoma City, Oklahoma

GARY M. PURCELL, U.S. Magistrate Judge
_Printed name and title_

---

### Return

This warrant was received on (date) _____, and the person was arrested on (date) _____

at (city and state) _____

Date   ARRESTED ON: 11-12-19
       WITHIN THE W DISTRICT OF OK
       BY: Warr Acres P.D.

_Arresting officer's signature_

_Printed name and title_

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight _____

Sex: _____   Race: _____

Hair: _____   Eyes _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____